Granted.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No.: 3:21-CR-00205 |
| | ) | |
| Plaintiff, | ) | Judge Zouhary |
| | ) | |
| v. | ) | **DEFENDANT'S MOTION TO FILE** |
| | ) | **UNDER SEAL** |
| Kevin Clay | ) | |
| | ) | Richard M. Kerger (0015864) |
| Defendant. | ) | THE KERGER LAW FIRM, LLC. |
| | ) | 4159 N. Holland-Sylvania Rd., Suite 101 |
| | ) | Toledo, OH 43623 |
| | ) | Telephone: (419) 255-5990 |
| | ) | Fax: (419) 255-5997 |
| | ) | rkerger@kergerlaw.com |
| | ) | |
| | ) | Joshua S. Lowther (460398) |
| | ) | LOWTHER + WALKER, LLC |
| | ) | 101 Marietta Street, N.W., Suite 3325 |
| | ) | Atlanta, GA 30303 |
| | ) | Telephone: (404) 496-4052 |
| | ) | Fax: (866) 819-7859 |
| | ) | jlowther@lowtherwalker.com |
| | ) | |
| | ) | *Attorneys for Defendant Kevin Clay* |

Now comes Defendant and moves the Court to allow him to file his Sentencing Memorandum under seal.

Respectfully submitted,

/s/ Richard M. Kerger
Richard M. Kerger (0015864)
*Counsel for Defendant, Kevin Clay*

THE KERGER LAW FIRM, LLC
4159 N. Holland-Sylvania Rd., Suite 101
Toledo, OH  43623
Telephone: (419) 255-5990
Fax: (419) 255-5997
rkerger@kergerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/  Richard M. Kerger