IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

                    Plaintiff,

      -vs-

Kevin Clay,

                 Defendant.

Case No.  3:21 CR 205

SENTENCING ORDER
RE: SPECIAL CONDITIONS
OF SUPERVISED RELEASE

JUDGE JACK ZOUHARY

## SPECIAL CONDITIONS

**Financial Disclosure**
Defendant must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

**No New Debt/Credit**
Defendant must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

**Financial Windfall Condition**
Defendant must apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

**Cooperate with IRS**
Defendant must fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns within six months of sentence date and timely file all future returns that come due during the period of supervision.  Defendant must properly report all correct taxable income and claim only allowable expenses on those returns.  Defendant must provide all appropriate documentation in support of said returns.  Upon request, Defendant must furnish the Internal Revenue Service with information pertaining to all assets and liabilities, and he must fully cooperate by paying all taxes, interest, and penalties due, and otherwise comply with the tax laws of the United States.

**Search / Seizure**

Defendant shall submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that Defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.


I have reviewed and understand the above special conditions of my sentence outlined by the Judge at my sentencing hearing today.


**Further, I waive any late notice and supporting explanation of each of these conditions as may be required under 18 U.S.C. § 3583.**


Date: 10/30/23

Kevin Clay, Defendant

Attorney

IT IS SO ORDERED.

Judge Jack Zouhary