IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:21CR205 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN CLAY, | ) | |
| | ) | |
| | ) | NOTICE OF RELATED CASE |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, Henry F. DeBaggis and Gene Crawford, Assistant United States Attorneys, and respectfully submits notice that the indictment returned in *United States v. Kevin A. Clay, et al.*; No. 3:24CR339; Judge Helmick, is significantly related to a forfeited property in the indictment in the captioned matter.

In the captioned matter, a Final Order of Forfeiture issued confirming Defendant Kevin Clay's stipulation and agreement to forfeit a Perrysburg condominium, after a jury convicted him of multiple felony counts in the indictment. (R. 117: Order, PageID 1697). In Case No. 3:24CR339, the defendants are charged with a violation of 18 U.S.C. § 2232(a) for destruction to the property and removal of fixtures from the same Perrysburg condominium, for the purpose of preventing and impairing the United States' lawful authority to take the property into custody and control as authorized by the Final Order of Forfeiture issued in this case.

WHEREFORE the United States respectfully submits the within government's Notice of Related Case.

        Respectfully submitted,

        REBECCA C. LUTZKO
        United States Attorney

By:   /s/ Henry F. DeBaggis
        Henry F. DeBaggis (OH: 0007561)
        Gene Crawford (OH: 0076280)
        Assistant United States Attorneys
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3749
        (216) 522-7499 (facsimile)
        Four Seagate, Suite 308
        Toledo, OH 43604
        (419) 241-0762
        (419) 259-6360
        Henry.DeBaggis@usdoj.gov
        Gene.Crawford@usdoj.gov